83,912-01

Nov 18, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

Texas Court of Criminal
Appeals at Austin.
P.O. Box 12308, Capitol Station
Austin, Texas.-78711-

RE: Ex Parte Lemuel I. Quijano;
    Writ of Mandamus No. WR-83,912-01,
    Cause No. 1152406-A.

Honorable Clerk:

Enclosed please find a letter addressed to the Harris County District Clerk's office.

This Honorable Court issued an "Order" directing the 209th District Court of Harris County, to file a response with this Court by having the District Clerk of Harris County, submit the record on (Relators) 11.07, the said application was filed in 2012.

The (Relator) herein has only received the following docments:

a). State's Proposed Order Designating Issues,
b). State's Motion Requesting Desgination of Issues.

However, as of September 14, 2012. to this date (Relator) has yet to receive the State's Answer, and the State's Proposed Findings of Fact and Conclusions of Law, and this denied him his right to file a "Traverse" response in this habeas proceeding would this Honorable Court once again assist my person or note such denial of due course and due process.

Thank you for your assistance in this matter.

Sincerely,

LEMUEL I. QUIJANO

1